Hon. Kiyo A. Matsumoto
Eastern District of New York
335 Cadman Plaza East
Brooklyn, N.Y. 11201

Re: JAMIE GRANADOS-RENDON
11 CR. 557 (KAM)

August 25, 2022

Hon. Judge Matsumoto:

   This letter shall respectfully serve to formally, & officially, request that Your Honor kindly APPOINT a new attorney to represent me. I had been incarcerated in Mexico since March, 2012, and arrived here in the United States in January, 2020 on an extradition order. I feel that my attorney is not looking after my best interests, as he never answers any of my mail, phone calls or Emails. He sent me a discovery disc, but the disc is damaged, and can not be accessed. I request he be replaced soonest possible, and that I receive a working discovery disc.

   Thanking Your Honor in advance for your most valuable time, and consideration to this most urgent matter. Any further questions, or information, Your Honor may have, or need, kindly contact me, or my attorney, directly. Thank you.

Respectfully *Jaime*

Jamie Granados-Rendon
M.D.C. Brooklyn
P.O. Box 329002
Brooklyn, N.Y. 11232