**LAW OFFICES**
**JOHN S. WALLENSTEIN**
**1100 FRANKLIN AVENUE**
**GARDEN CITY, NEW YORK 11530**
**(516) 742-5600  FAX (516) 742-5040**
EMAIL: **JSWallensteinEsq@outlook.com**

June 20, 2023

**VIA ECF**
Hon. Kiyo A. Matsumoto
United States District Judge, EDNY
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Granados-Rendon
            Docket # 11 CR 557 (KAM)

Dear Judge Matsumoto;

    This matter is scheduled for sentencing on July 11, 2023. In order to permit both parties to complete sentencing memoranda, which involve a complex issue, the defendant and the government respectfully request that the sentencing hearing be adjourned until the end of July or the beginning of August. I am unavailable on July 25, but can appear on July 27 in the afternoon or any time on July 28. I am also available any day the week of July 31 except August 1.

    I have discussed this with AUSA Gillian Kassner, who joins in the application.

    Thank you for your courtesy and consideration.

                                 Respectfully yours,

                                 JOHN S. WALLENSTEIN

JSW/hs

cc:    AUSA Gillian Kassner (by ECF)
        AUSA Jennifer Sasso  (by ECF)